Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLAN DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> ALEXION PHARMACEUTICALS, INC., DAVID R. BRENNAN, CHRISTOPHER J. COUGHLIN, DEBORAH DUNSIRE, PAUL A. FRIEDMAN, LUDWIG HANTSON, JOHN T. MOLLEN, FRANCOIS NADER, JUDITH A. REINSDORF, and ANDREAS RUMMELT, <br><br> Defendants. | Case No: 1:21-cv-01429-NGG-RML <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allan Davis hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: May 10, 2021 | Respectfully submitted, <br><br> **HALPER SADEH LLP** <br><br> By: /s/ Daniel Sadeh <br> Daniel Sadeh, Esq. <br> 667 Madison Avenue, 5th Floor <br> New York, NY 10065 <br> Telephone: (212) 763-0060 <br> Facsimile: (646) 776-2600 |
| SO-ORDERED. <br> /s/ Nicholas G. Garaufis, U.S.D.J. <br> Hon. Nicholas G. Garaufis <br> Date: May 12, 2021 | |

1